Exhibit A







52957707.1

Own change



52957707.1

Our Technology Partnerships
# In Good Company









The world's leading technology and software providers partner with us because of our scale, full-stack capabilities, and speed. Together, we're innovating to deliver new and sustainable growth across your business.

Our certifications ensure our solutions are seamlessly portable—so you stay ahead of what's next.

View All

52957707.1







52957707.1