# EXHIBIT C



Services    Leadership    About    Stories of Success    Contact Us

# ACCELERATING DIGITAL TRANSFORMATION

Achieve your strategic imperatives today by leveraging TeKnowledge's unrivaled capabilities in cybersecurity, technical skilling, and technical managed services.



## We value your privacy

We use cookies on our website to give you the most relevant experience by remembering your preferences and repeat visits. By clicking "Accept�?, you consent to the use of ALL the cookies. However you may visit Cookie Settings to provide a controlled consent.

Customize    Reject All    Accept All

# Secure Your Future with TeKnowledge:

## Mastering Digital Transformation with Elite Security, Technical Excellence, and Global Skilling.

Leap into action with TeKnowledge: Where Accelerated Security Readiness & Protection, Unparalleled Tech Excellence, and



(/web/20240415071719/https://teknowledge.com/technical-managed-services/)

(/web/20240415071719/https://teknowledge.com/skilling/)

(/web/20240415071719/https://teknowledge.com/cybersecurity/)

TeKnowledge redefines enterprise technical managed services, crafting exceptional solutions for governments and enterprises. Our specialized approach combines technical expertise with superior customer interactions, ensuring seamless integration and enhanced operational efficiency. Focused on delivering strategic support across borders, we pave the way for successful digital transformation, setting a new standard for service excellence in the public and private sectors.

TeKnowledge's unparalleled skilling reshapes the digital workforce landscape, offering advanced upskilling and strategic reskilling for governments and enterprises around the world, closing the technical talent gap. Our tailored learning pathways elevate technical and power skills, readying individuals, and organizations to meet today's challenges and tomorrow's opportunities, propelling global competitiveness and digital mastery forward.

TeKnowledge redefines cybersecurity, offering an integrated suite of services that safeguard governments and enterprises worldwide, creating robust defenses that outpace evolving threats. From governance to compliance, secure architecture to proactive defense services and specialized managed security services MSS/CSIRT setups, our approach is comprehensive. We educate at every level, from team-wide cybersecurity awareness to executive training, ensuring knowledge is power in your digital defense.

---

**We value your privacy**

We use cookies on our website to give you the most relevant experience by remembering your preferences and repeat visits. By clicking "Accept�?, you consent to the use of ALL the cookies. However you may visit Cookie Settings to provide a controlled consent.

Customize     Reject All     Accept All

# Unleashing Tech Potential, Step by Step

TeKnowledge stands as the transformative catalyst for digital evolution, providing governments and enterprises worldwide with unparalleled cybersecurity services, advanced technical skilling, and enterprise technical services at scale. Our commitment to technology enablement, security, and advancement positions us uniquely in the market, ensuring our customers are equipped to achieve their strategic imperatives in the digital age with confidence and competitive advantage.

TeKnowledge specializes in elevating the technical support landscape, nurturing customer success, and bridging tech talent gaps. Our expertise lies in delivering tailored solutions that empower organizations to navigate the complexities of modern technology with confidence, ensuring seamless operation and unparalleled customer experiences.

TeKnowledge drives digital transformation through a comprehensive approach to upskilling and reskilling. We are closing the digital skills gap through role-based training in tech and power skills. Our training solutions are designed for governments and enterprises to gain the competitive edge.

TeKnowledge excels in delivering comprehensive cybersecurity solutions with a strong emphasis on advisory and implementation, managed security services (MSS), and extensive capability building. Through our global presence and nation-grade expertise, we enhance cybersecurity postures efficiently and cost-effectively, providing peace of mind in the rapidly evolving cyber threat landscape.

Learn More (https://web.archive.org/web/20240415071719/https://tek-experts.com/)

Learn More (https://web.archive.org/web/20240415071719/https://tek-experts.com/)

Learn More (https://web.archive.org/web/20240415071719/https://cytek-security.com/)

# Driving Transformative Success

Stories of Success

We value your privacy

We use cookies on our website to give you the most relevant experience by remembering your preferences and repeat visits. By clicking "Accept�?, you consent to the use of ALL the cookies. However you may visit Cookie Settings to provide a controlled consent.

Customize     Reject All     Accept All

Setting New Standards in Tech Services: Pioneering Agility, Innovation, and Investment for Tech Excellence.

DOWNLOAD CASE STUDY (/web/20240415071719/https://teknowledge.com/wp-content/uploads/2024/04/TeKnowledge-Enterprise-Technical-Support-Case-Study.pdf)

Synergizing Success: How a Tech Giant Achieved Operational Brilliance

DOWNLOAD CASE STUDY (/web/20240415071719/https://teknowledge.com/wp-content/uploads/2024/04/TeKnowledge-OpenText-Case-Study.pdf)

---

## We value your privacy

We use cookies on our website to give you the most relevant experience by remembering your preferences and repeat visits. By clicking "Accept�?, you consent to the use of ALL the cookies. However you may visit Cookie Settings to provide a controlled consent.

Customize     Reject All     Accept All

## Qatar's Digital Mastery: A TeKnowledge Blueprint for National Transformation

**DOWNLOAD CASE STUDY (/web/20240415071719/https://teknowledge.com/wp-content/uploads/2024/04/TeKnowledge-Qatar-Transformation-Case-Study.pdf)**

## TeKnowledge Joins Costa Rica's Workforce Training Program with Technical Skilling, Igniting Economic Revival and Tech Innovation

**DOWNLOAD CASE STUDY (/web/20240415071719/https://teknowledge.com/wp-content/uploads/2024/04/TeKnowledge-Central-America-Case-Study.pdf)**

---

### We value your privacy

We use cookies on our website to give you the most relevant experience by remembering your preferences and repeat visits. By clicking "Accept�?, you consent to the use of ALL the cookies. However you may visit Cookie Settings to provide a controlled consent.

Customize     Reject All     Accept All

# Step Into the World of TeKnowledge

Start a Partnership That Transforms and Accelerates Your Digital Journey Today

**CONTACT US (/WEB/20240415071719/HTTPS://TEKNOWLEDGE.COM/CONTACT/)**

Services     Leadership     About     Stories of Success     Contact Us

(/web/20240415071719/https://teknowledge.com/)

We value your privacy

We use cookies on our website to give you the most relevant experience by remembering your preferences and repeat visits. By clicking "Accept�?, you consent to the use of ALL the cookies. However you may visit Cookie Settings to provide a controlled consent.

Customize     Reject All     Accept All

The Wayback Machine - https://web.archive.org/web/20240227085248/https://teknowledge.com/

# Coming Soon

Notify me when you launch



ABOUT   BLOG   PROJECTS   HELP   DONATE   CONTACT   JOBS   VOLUNTEER   PEOPLE

DONATE

Explore more than 866 billion web pages saved over time

teknowledge.com

Calendar · Collections · Changes · Summary · Site Map · URLs

Saved **272 times** between February 9, 1997 and August 22, 2024.



| | JAN | | | | | | | FEB | | | | | | | MAR | | | | | | | APR | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6 | | | | 1 | 2 | 3 | | | | | 1 | 2 | | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 7 | 8 | **9** | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 14 | **15** | **16** | 17 | 18 | 19 | **20** |
| **21** | 22 | 23 | 24 | 25 | 26 | 27 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 21 | **22** | 23 | **24** | 25 | 26 | **27** |
| 28 | 29 | 30 | 31 | | | | **25** | 26 | **27** | 28 | 29 | | | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 28 | 29 | 30 | | | | |
| | | | | | | | | | | | | | | 31 | | | | | | | | | | | | | |

| MAY | JUN | JUL | AUG |
|---|---|---|---|

|     |     | 1   | 2   | 3   | 4   |     |     |     |     |     |     | 1   |     | 1   | 2   | 3   | 4   | 5   | 6   |     |     |     |     | 1   | 2   | 3   |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 5   | 6   | 7   | 8   | 9   | 10  | 11  | 2   | 3   | 4   | 5   | 6   | 7   | 8   | 7   | 8   | 9   | 10  | 11  | 12  | **13** | 4 | 5 | 6 | **7** | 8 | 9 | 10 |
| 12  | 13  | 14  | 15  | 16  | 17  | 18  | 9   | 10  | 11  | 12  | **13** | **14** | 15 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 19  | 20  | 21  | 22  | 23  | **24** | 25 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 18 | 19 | 20 | 21 | **22** | 23 | 24 |
| 26  | 27  | **28** | 29 | **30** | 31 |    | 23 | 24 | 25 | **26** | 27 | **28** | 29 | 28 | 29 | 30 | 31 |    |    |    | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|     |     |     |     |     |     |     | 30  |     |     |     |     |     |     |     |     |     |     |     |     |     |     |     |     |     |     |     |

|        |     | SEP |     |     |     |     |     |     | OCT |     |     |     |     |     |     | NOV |     |     |     |     |     |     | DEC |     |     |     |
| ------ | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1      | 2   | 3   | 4   | 5   | 6   | 7   |     |     | 1   | 2   | 3   | 4   | 5   |     |     |     |     |     | 1   | 2   | 1   | 2   | 3   | 4   | 5   | 6   | 7   |
| 8      | 9   | 10  | 11  | 12  | 13  | 14  | 6   | 7   | 8   | 9   | 10  | 11  | 12  | 3   | 4   | 5   | 6   | 7   | 8   | 9   | 8   | 9   | 10  | 11  | 12  | 13  | 14  |
| 15     | 16  | 17  | 18  | 19  | 20  | 21  | 13  | 14  | 15  | 16  | 17  | 18  | 19  | 10  | 11  | 12  | 13  | 14  | 15  | 16  | 15  | 16  | 17  | 18  | 19  | 20  | 21  |
| 22     | 23  | 24  | 25  | 26  | 27  | 28  | 20  | 21  | 22  | 23  | 24  | 25  | 26  | 17  | 18  | 19  | 20  | 21  | 22  | 23  | 22  | 23  | 24  | 25  | 26  | 27  | 28  |
| 29     | 30  |     |     |     |     |     | 27  | 28  | 29  | 30  | 31  |     |     | 24  | 25  | 26  | 27  | 28  | 29  | 30  | 29  | 30  | 31  |     |     |     |     |

## Note

This calendar view maps the number of times **teknowledge.com** was crawled by the Wayback Machine,
*not* how many times the site was actually updated. More info in the FAQ.

Orange indicates that the URL was not found (4xx).

Green indicates redirects (3xx).

FAQ | Contact Us | Terms of Service (Dec 31, 2014)

The Wayback Machine is an initiative of the Internet Archive, a 501(c)(3) non-profit, building a digital library of Internet sites and other cultural artifacts in digital form. Other projects include Open Library & archive-it.org.

Your use of the Wayback Machine is subject to the Internet Archive's Terms of Use.