Exhibit D
















Setting New Standards in Tech Services: Pioneering Agility, Innovation, and Investment for Tech Excellence.

→ DOWNLOAD CASE STUDY

Synergizing Success: How a Tech Giant Achieved Operational Brilliance

→ DOWNLOAD CASE STUDY



52957795.1



Qatar's Digital Mastery: A TeKnowledge Blueprint for National Transformation

→ DOWNLOAD CASE STUDY

TeKnowledge Joins Costa Rica's Workforce Training Program with Technical Skilling, Igniting Economic Revival and Tech Innovation

→ DOWNLOAD CASE STUDY



