<u>Exhibit E</u>

*TEKsystems Website*  *Teknowledge Website*













52957845.1





52957845.1