# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No.**

TEKSYSTEMS, INC.,
a Maryland Corporation,

        Plaintiff,

v.

TEK EXPERTS (COLORADO), INC.,
 a Colorado Corporation,

        Defendant.

## COMPLAINT AND JURY DEMAND

Plaintiff TEKsystems, Inc. ("**TEKsystems**" or "**Plaintiff**"), by and through undersigned counsel, brings this action seeking injunctive relief, damages, and specific performance for breach of contract and unjust enrichment arising from Defendant Tek Experts (Colorado), Inc.'s ("**Tek Experts**" or "**Defendant**") use of the name "Tek Experts" in connection with providing staffing and consulting, Information Technology ("IT") project management, and software development services, in violation of the parties' prior agreement, and states as follows.

### PARTIES

1.     TEKsystems is a Maryland Corporation with its principal office and place of business at 7437 Race Road, Hanover, MD 21076.

2.     TEKsystems is a engaged in the business of providing comprehensive recruiting, placing temporary and permanent employees, and providing outsourcing and managed services in the IT field.

41063439.1

3. Defendant Tek Experts is a Colorado Corporation with its principal place of business at 6860 Campus Drive, #300, Colorado Springs, CO 80920. Tek Experts provides IT consulting, project management, and software development services to companies throughout the United States, and maintains a website at www.tek-experts.com.

## JURISDICTION AND VENUE

4. The Court has original subject matter jurisdiction of this action under 28 U.S.C. § 1332(a)(1), in that this is a civil breach of contract action arising under the common law of Colorado where the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different states.

5. Personal jurisdiction exists over Tek Experts because it is incorporated and regularly conducts business in Colorado.

6. Venue is proper in this judicial district under 28 U.S.C. § 1391(b)(1) because Tek Experts resides in this judicial district.

## BACKGROUND

### *TEKsystems*

7. TEKsystems is in the business of providing counseling, recruiting, and temporary and permanent staffing in the fields of IT project management, workforce strategy, and business consulting services. TEKsystems is well known and recognized as a preeminent service company in the staffing services, technology execution, and IT fields.

8. TEKsystems maintains over 100 offices throughout the United States with over 20,000 employees who are IT professionals. TEKsystems maintains business offices in Colorado Springs, and throughout Colorado. TEKsystems also conducts its business through an

2

41063439.1

interactive website located at www.teksystems.com.

9. TEKsystems owns a U.S. Trademark Registration for the mark TEKSYSTEMS, U.S. Reg. No. 2,287,071 (the "'071 Registration"). The '071 Registration covers services such as "temporary and permanent placement of personnel in the information systems industry" and "computer services, namely, systems management and consultation services in the information systems industry." The '071 Registration was issued on October 19, 1999.

10. TEKsystems has been using the mark TEKSYSTEMS in connection with IT staffing services and computer services continuously and exclusively since its first use with customers in September 1997.

11. TEKsystems also owns U.S. Trademark Registration for the mark TEKSYSTEMS (And Design) [shown below], U.S. Reg. No. 4,273,436 (the "'436 Registration"). The '436 Registration covers services such as "[e]mployment agency services" and "[t]echnological consultation in the technology field of information technology systems and integration." The '436 Registration was issued on January 8, 2013.



12. TEKsystems has been using the mark TEKSYSTEMS (And Design) in connection with IT staffing services and computer services continuously and exclusively since its first use with customers in October 2012.

13. In addition to the '071 Registration and the '436 Registration, TEKsystems owns various other U.S. Trademark Registrations for "TEKsystems" marks, including U.S. Reg. No. 3,291,060 (TEKSYSTEMS), U.S. Reg. No. 4,090,165 (TEKSYSTEMS GLOBAL SERVICES)

3

41063439.1

and U.S. Reg. No. 6,719,263 (TEKSYSTEMS ACADEMY). The marks identified in these Registrations, together with the marks identified in the '071 and '436 Registrations, will be identified below as the "Marks."

14. TEKsystems has expended substantial resources to promote the Marks in connection with its services, including but not limited to significant expenditures devoted to research, advertising, marketing, sponsoring community-related events, maintaining an Internet website, and enforcing its right to the exclusive use of the Marks.

15. As a result of the extensive and substantial promotion, advertising and sales of its services under the Marks, and the maintenance of the highest quality standards relating thereto, the Marks have become exceedingly well known to the public, including in and around Colorado and throughout the United States, as a distinctive indication of origin of services.

*Tek Experts*

16. Tek Experts is an IT solutions and staffing company that presently provides its services under the logo shown below



17. In 2019, Tek Experts provided its services using a different logo, shown below (hereinafter the "X Logo"):



18. Tek Experts maintains a website at www.tek-experts.com.

4
41063439.1

### The Parties' 2019 Agreement

19.     At some point in 2019, TEKsystems discovered Tek Experts' use of the name "Tek Experts," the formative term "Tek," and the Logo, in connection with the provision of staffing and employment services.

20.     On April 22, 2019, TEKsystems sent a letter via email to Tek Experts requesting that it immediately agree to take certain steps going forward, to avoid potential consumer confusion with TEKsystems' services. A true and accurate copy of that letter is attached hereto as **Exhibit 1**.

21.     Specifically, TEKsystems requested that Tek Experts agree to the following conditions:

- The X Logo always use the "X" symbol and align the term "Tek" on top of, rather than adjacent to, the term "Experts";
- The terms "Tek" and "Experts" not be combined in such a way that they become a unitary term (e.g., TekExperts or TEKexperts); and
- The term "Tek" never be used in all caps.

22.     TEKsystems also demanded that Tek Experts notify it immediately if it became aware of any instance of actual consumer confusion between the services offered by TEKsystems and the services offered by Tek Experts.

23.     On May 21, 2019, Tek Experts responded to TEKsystems' letter agreeing to all of TEKsystems' terms and conditions, and confirmed that it "will comply, accordingly" (together with TEKsystems April 22nd letter, the "Agreement"). A true and accurate copy of that letter is attached hereto as **Exhibit 2**.

5

Case 1:23-cv-02673-SBP Document 1 Filed 10/19/23 USDC Colorado Page 6 of 10

### Tek Experts' Breach Of The Agreement

24. Upon information and belief, at some point in 2022, Tek Experts altered the Logo and began providing its services using the following modified logo (the "Modified Logo"), in clear contravention of the Agreement:

[tek experts logo]

25. The Modified Logo fails to comply with the terms of the Agreement because: (a) it aligns the terms "tek" and "experts" side-by-side (rather than 'stacked' as the parties agreed), and (b) it fails to use an "X" design.

26. TEKsystems discovered the Modified Logo in August 2022, and immediately contacted Tek Experts on August 18, 2022 via letter. The letter described exactly how the Modified Logo violates the Agreement. A true and accurate copy of that letter is attached hereto as **Exhibit 3**.

27. On September 13, 2022, Tek Experts responded to TEKsystems' letter, disputing that the Modified Logo infringes TEKsystems' Marks, but not disputing that the Modified Logo breaches the Agreement. A true and accurate copy of that letter is attached hereto as **Exhibit 4**.

28. On October 12, 2022, TEKsystems again asserted Tek Experts breach of the Agreement, and stated that absent Tek Experts' compliance, it would seek enforcement of the Agreement. A true and accurate copy of that letter is attached hereto as **Exhibit 5**.

29. On November 4, 2022, Tek Experts reiterated its refusal to alter the Modified Logo. A true and accurate copy of that letter is attached hereto as **Exhibit 6**.

6

41063439.1

30. Tek Experts is bound to its obligations under the Agreement, and its use of the Modified Logo is in clear breach of those obligations.

## COUNT I (BREACH OF CONTRACT)

31. TEKsystems realleges and incorporates by reference the allegations in Paragraphs 1 through 30, as if fully set forth herein.

32. TEKsystems and Tek Experts entered into a valid and enforceable contract (i.e., the Agreement) that required Tek Experts to comply with several conditions concerning its future use of the terms "tek" and "experts" as part of its corporate name and logo.

33. The Agreement was mutual and supported by full consideration.

34. TEKsystems has performed all of its obligations under the Agreement.

35. Despite agreeing to the conditions in the Agreement, Tek Experts has used, and continues to use, a logo that is in breach of the Agreement (i.e., the Modified Logo).

36. As a result of Tek Experts' breach of the Agreement, TEKsystems has incurred, and will continue to incur, monetary and reputational damages.

37. Despite agreeing to the conditions in the Agreement, Tek Experts has used, and continues to use, a logo that breaches the terms of the Agreement (i.e., the Modified Logo).

38. Tek Experts' breach entitles TEKsystems to specific performance of Tek Experts' obligations under the Agreement.

39. TEKsystems has incurred and will continue to incur damages that are proximately caused by the acts and omissions of Tek Experts, as alleged herein, unless enjoined by this Court.

7

## COUNT II (UNJUST ENRICHMENT)

40. TEKsystems realleges and incorporates by reference the allegations in Paragraphs 1 through 39, as if fully set forth herein.

41. Through its breach of its obligations under the Agreement, Tek Experts has been unjustly enriched at the expense, and to the detriment of, TEKsystems.

42. TEKsystems has incurred and will continue to incur damages that are proximately caused by the acts and omissions of Tek Experts, as alleged herein, unless enjoined by this Court.

8

## PRAYER FOR RELIEF

WHEREFORE, TEKsystems respectfully prays that:

(1)  The Court enter judgment:

    (a)  Awarding TEKsystems damages for Tek Experts' breach of contract in an amount to be proved at trial;

    (b)  Ordering payment to TEKsystems for all monetary amounts by which Tek Experts is found to have been unjustly enriched; and

    (c)  Ordering Tek Experts specifically perform all conditions under the Agreement thereby requiring Tek Experts modify its logo to conform with the obligations therein.

(2)  The Court award additional damages, reasonable attorneys' fees, and costs against Tek Experts in an amount to be proven at trial.

(3)  For such other and further relief as this Court deems just and proper.

41063439.1

# JURY DEMAND

Plaintiffs hereby request and demand trial by jury on all claims so triable.

Dated: January 23, 2023

                                                                                               *s/ Airina L. Rodrigues*
Airina L. Rodrigues, #56149
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street, Suite 2200
Denver, Colorado 80202
Telephone: 303.223.1252
Fax: 303-223-1111
Email: arodrigues@bhfs.com

Darius C. Gambino, Esq.
(Pennsylvania Bar, No. 83496)
*Admitted, District of Colorado*
SAUL EWING LLP
1500 Market Street, 38th Floor
Philadelphia, Pennsylvania 19102
P: (215) 972-7173
E: Darius.Gambino@saul.com

Of Counsel:
Sherry H. Flax, Esq.
Austin G. Strine, Esq.
SAUL EWING LLP
1001 Fleet Street, 9th Floor
Baltimore, Maryland 21202
P: (410) 332-8600
E: Sherry.Flax@saul.com
E: Austin.Strine@saul.com

*Attorneys for Plaintiff TEKsystems, Inc.*

10

41063439.1