Exhibit A



53355215.1



# We're TEKsystems.
# We partner in business transformation.

We accelerate digital business transformation for our customers. Our business transformation services bring real-world expertise to solve complex technology, business and talent challenges—at global scale.

53355215.1



Own change



53355215.1












