

# Search the WHOIS Database

teknowledge.com                                          Search

## WHOIS search results

Domain Name: teknowledge.com
Registry Domain ID: 108434_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: https://www.godaddy.com
Updated Date: 2024-01-12T16:01:46Z
Creation Date: 1988-11-11T00:00:00Z
Registrar Registration Expiration Date: 2031-11-10T00:00:00Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited
https://icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry

## Find your Domain

Find your perfect domain

Registrant Name: Registration Private

Registrant Organization: Domains By Proxy, LLC

Registrant Street: DomainsByProxy.com

Registrant Street: 100 S. Mill Ave, Suite 1600

Registrant City: Tempe

Registrant State/Province: Arizona

Registrant Postal Code: 85281

Registrant Country: US

Registrant Phone: +1.4806242599

Registrant Phone Ext:

Registrant Fax:

Registrant Fax Ext:

Registrant Email: Select Contact Domain Holder link at

https://www.godaddy.com/whois/results.aspx?domain=teknowledge.com

Registry Admin ID: Not Available From Registry

Admin Name: Registration Private

Admin Organization: Domains By Proxy, LLC

Admin Street: DomainsByProxy.com

Admin Street: 100 S. Mill Ave, Suite 1600

Admin City: Tempe

Admin State/Province: Arizona

Admin Postal Code: 85281

Admin Country: US

Admin Phone: +1.4806242599

Admin Phone Ext:

Admin Fax:

Admin Fax Ext:

Admin Email: Select Contact Domain Holder link at

https://www.godaddy.com/whois/results.aspx?domain=teknowledge.com

Registry Tech ID: Not Available From Registry

Tech Name: Registration Private

Tech Organization: Domains By Proxy, LLC

Tech Street: DomainsByProxy.com

Tech Street: 100 S. Mill Ave, Suite 1600

Tech City: Tempe

Tech State/Province: Arizona

Tech Postal Code: 85281

Tech Country: US

Tech Phone: +1.4806242599

Tech Phone Ext:

Tech Fax:

Tech Fax Ext:

Tech Email: Select Contact Domain Holder link at

https://www.godaddy.com/whois/results.aspx?domain=teknowledge.com

Name Server: NS15.DOMAINCONTROL.COM

Name Server: NS16.DOMAINCONTROL.COM

DNSSEC: unsigned

URL of the ICANN WHOIS Data Problem Reporting System:

http://wdprs.internic.net/

>>> Last update of WHOIS database: 2024-08-30T14:06:29Z <<<

For more information on Whois status codes, please visit https://icann.org/epp

TERMS OF USE: The data contained in this registrar's Whois database, while believed by the

registrar to be reliable, is provided "as is" with no guarantee or warranties regarding its

accuracy. This information is provided for the sole purpose of assisting you in obtaining

information about domain name registration records. Any use of this data for any other purpose

is expressly forbidden without the prior written permission of this registrar. By submitting
an inquiry, you agree to these terms and limitations of warranty. In particular, you agree not
to use this data to allow, enable, or otherwise support the dissemination or collection of this
data, in part or in its entirety, for any purpose, such as transmission by e-mail, telephone,
postal mail, facsimile or other means of mass unsolicited, commercial advertising or solicitations
of any kind, including spam. You further agree not to use this data to enable high volume, automated
or robotic electronic processes designed to collect or compile this data for any purpose, including
mining this data for your own personal or commercial purposes. Failure to comply with these terms
may result in termination of access to the Whois database. These terms may be subject to modification
at any time without notice.

See Underlying Registry Data          Contact Domain Holder

Report Invalid Whois

Info displayed in public WHOIS is limited for privacy reasons. You can learn more about access to non-public domain contact information here.

## Want to buy this domain?

Get it with our Domain Broker Service.

Go

We love taking your call.



Empower your journey with curated content from

GoDaddy Resources →

## About GoDaddy

About Us

Newsroom

Investor Relations

Careers

Corporate Responsibility

Trust Center

Legal

## Help Center

Help Center

Community

Venture Forward: Microbusiness Data

GoDaddy Blog

Contact Us

Report Abuse

## Resources

Webmail

WHOIS

GoDaddy Mobile App

ICANN Confirmation

Designers & Developers

Corporate Domains

Redeem Code

Product Catalog

Videos

Business Name Generator

## Partner Programs

Affiliates

Reseller Programs

GoDaddy Pro

## Account

My Products

Renewals & Billing

Create Account

## Shopping

Buy a Domain

Websites

WordPress

Hosting

Web Security

Business Email

Phone Numbers

🌐 United States - English ⌄    USD ⌄



  

Legal    Privacy Policy    Advertising Preferences    Cookies

Do not sell my personal information

Copyright © 1999 - 2024 GoDaddy Operating Company, LLC. All Rights Reserved.

Use of this Site is subject to express terms of use. By using this site, you signify that you agree to be bound by these <u>Universal Terms of Service.</u>