Exhibit D





# UNLOCK AI MASTERY WITH TEKNOWLEDGE

Transform, skill, and optimize your organization with our expert, wisdom-led AI services for governments and enterprises.

EXPLORE OUR AI SERVICES



Services ⌄    Leadership    About    Stories of Success    Insights    Contact Us



## ACCELERATING DIGITAL TRANSFORMATION

Achieve your strategic imperatives today by leveraging TeKnowledge's unrivaled capabilities in cybersecurity, technical skilling, and technical managed services.

SUCCESS STORIES



# Secure Your Future with TeKnowledge:

**Mastering Digital Transformation with Elite Security, Technical Excellence, and Global Skilling.**

Leap into action with TeKnowledge: Where Accelerated Security Readiness & Protection, Unparalleled Tech Excellence, and
Global Technical Skilling converge to revolutionize digital capabilities for governments and enterprises worldwide.



## Technical Managed Services

TeKnowledge redefines enterprise technical managed services, crafting exceptional solutions for governments and enterprises. Our specialized approach combines technical expertise with superior customer interactions, ensuring seamless integration and enhanced operational efficiency. Focused on delivering strategic support across borders, we pave the way for successful digital transformation, setting a new standard for service excellence in the public and private sectors.

READ MORE



## Technical Skilling

TeKnowledge's unparalleled skilling reshapes the digital workforce landscape, offering advanced upskilling and strategic reskilling for governments and enterprises around the world, closing the technical talent gap. Our tailored learning pathways elevate technical and power skills, readying individuals, and organizations to meet today's challenges and tomorrow's opportunities, propelling global competitiveness and digital mastery forward.

READ MORE



## Cybersecurity

TeKnowledge redefines cybersecurity, offering an integrated suite of services that safeguard governments and enterprises worldwide, creating robust defenses that outpace evolving threats. From governance to compliance, secure architecture to proactive defense services and specialized managed security services MSS/CSIRT setups, our approach is comprehensive. We educate at every level, from team-wide cybersecurity awareness to executive training, ensuring knowledge is power in your digital defense.

READ MORE

53355232.1



## Unleashing Tech Potential, Step by Step

TeKnowledge stands as the transformative catalyst for digital evolution, providing governments and enterprises worldwide with unparalleled cybersecurity services, advanced technical skilling, and enterprise technical services at scale. Our commitment to technology enablement, security, and advancement positions us uniquely in the market, ensuring our customers are equipped to achieve their strategic imperatives in the digital age with confidence and competitive advantage.

### tek experts
New Part of TeKnowledge

TeKnowledge specializes in elevating the technical support landscape, nurturing customer success, and bridging tech talent gaps. Our expertise lies in delivering tailored solutions that empower organizations to navigate the complexities of modern technology with confidence, ensuring seamless operation and unparalleled customer experiences.

▶ Learn More

### elev8 tek
New Part of TeKnowledge

TeKnowledge drives digital transformation through a comprehensive approach to upskilling and reskilling. We are closing the digital skills gap through role-based training in tech and power skills. Our training solutions are designed for governments and enterprises to gain the competitive edge.

▶ Learn More

### cytek security
New Part of TeKnowledge

TeKnowledge excels in delivering comprehensive cybersecurity solutions with a strong emphasis on advisory and implementation, managed security services (MSS), and extensive capability building. Through our global presence and nation-grade expertise, we enhance cybersecurity postures efficiently and cost-effectively, providing peace of mind in the rapidly evolving cyber threat landscape.

▶ Learn More



## Driving Transformative Success

Stories of Success

53355232.1



Setting New Standards in Tech Services: Pioneering
Agility, Innovation, and Investment for Tech Excellence.

→ DOWNLOAD CASE STUDY

Synergizing Success: How a Tech Giant Achieved
Operational Brilliance

→ DOWNLOAD CASE STUDY



53355232.1



Qatar's Digital Mastery: A TeKnowledge Blueprint for National Transformation

→ DOWNLOAD CASE STUDY

TeKnowledge Joins Costa Rica's Workforce Training Program with Technical Skilling, Igniting Economic Revival and Tech Innovation

→ DOWNLOAD CASE STUDY



53355232.1

