Exhibit E

| **TEKsystems Website** | **Teknowledge Website** |
|---|---|
|  |  |
|  |  |
|  |  |

53355238.1


