# EXHIBIT F

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Civil Action No.**

TEKSYSTEMS, INC.,
a Maryland Corporation,

    Plaintiff,

v.

TEK EXPERTS (COLORADO), INC.,
 a Colorado Corporation,

    Defendant.

---

## COMPLAINT AND JURY DEMAND

---

  Plaintiff TEKsystems, Inc. (“**TEKsystems**” or “**Plaintiff**”), by and through undersigned counsel, brings this action seeking injunctive relief, damages, and specific performance for breach of contract and unjust enrichment arising from Defendant Tek Experts (Colorado), Inc.’s (“**Tek Experts**” or “**Defendant**”) use of the name “Tek Experts” in connection with providing staffing and consulting, Information Technology (“IT”) project management, and software development services, in violation of the parties’ prior agreement, and states as follows.

## PARTIES

  1.  TEKsystems is a Maryland Corporation with its principal office and place of business at 7437 Race Road, Hanover, MD 21076.

  2.  TEKsystems is a engaged in the business of providing comprehensive recruiting, placing temporary and permanent employees, and providing outsourcing and managed services in the IT field.

41063439.1

3.      Defendant Tek Experts is a Colorado Corporation with its principal place of business at 6860 Campus Drive, #300, Colorado Springs, CO 80920.  Tek Experts provides IT consulting, project management, and software development services to companies throughout the United States, and maintains a website at www.tek-experts.com.

## JURISDICTION AND VENUE

4.      The Court has original subject matter jurisdiction of this action under 28 U.S.C. § 1332(a)(1), in that this is a civil breach of contract action arising under the common law of Colorado where the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different states.

5.      Personal jurisdiction exists over Tek Experts because it is incorporated and regularly conducts business in Colorado.

6.      Venue is proper in this judicial district under 28 U.S.C. § 1391(b)(1) because Tek Experts resides in this judicial district.

## BACKGROUND

### *TEKsystems*

7.      TEKsystems is in the business of providing counseling, recruiting, and temporary and permanent staffing in the fields of IT project management, workforce strategy, and business consulting services.  TEKsystems is well known and recognized as a preeminent service company in the staffing services, technology execution, and IT fields.

8.      TEKsystems maintains over 100 offices throughout the United States with over 20,000 employees who are IT professionals.  TEKsystems maintains business offices in Colorado Springs, and throughout Colorado.  TEKsystems also conducts its business through an

interactive website located at www.teksystems.com.

9.      TEKsystems owns a U.S. Trademark Registration for the mark TEKSYSTEMS, U.S. Reg. No. 2,287,071 (the "'071 Registration"). The '071 Registration covers services such as "temporary and permanent placement of personnel in the information systems industry" and "computer services, namely, systems management and consultation services in the information systems industry." The '071 Registration was issued on October 19, 1999.

10.     TEKsystems has been using the mark TEKSYSTEMS in connection with IT staffing services and computer services continuously and exclusively since its first use with customers in September 1997.

11.     TEKsystems also owns U.S. Trademark Registration for the mark TEKSYSTEMS (And Design) [shown below], U.S. Reg. No. 4,273,436 (the "'436 Registration"). The '436 Registration covers services such as "[e]mployment agency services" and "[t]echnological consultation in the technology field of information technology systems and integration." The '436 Registration was issued on January 8, 2013.



12.     TEKsystems has been using the mark TEKSYSTEMS (And Design) in connection with IT staffing services and computer services continuously and exclusively since its first use with customers in October 2012.

13.     In addition to the '071 Registration and the '436 Registration, TEKsystems owns various other U.S. Trademark Registrations for "TEKsystems" marks, including U.S. Reg. No. 3,291,060 (TEKSYSTEMS), U.S. Reg. No. 4,090,165 (TEKSYSTEMS GLOBAL SERVICES)

and U.S. Reg. No. 6,719,263 (TEKSYSTEMS ACADEMY). The marks identified in these Registrations, together with the marks identified in the '071 and '436 Registrations, will be identified below as the "Marks."

14.     TEKsystems has expended substantial resources to promote the Marks in connection with its services, including but not limited to significant expenditures devoted to research, advertising, marketing, sponsoring community-related events, maintaining an Internet website, and enforcing its right to the exclusive use of the Marks.

15.     As a result of the extensive and substantial promotion, advertising and sales of its services under the Marks, and the maintenance of the highest quality standards relating thereto, the Marks have become exceedingly well known to the public, including in and around Colorado and throughout the United States, as a distinctive indication of origin of services.

### Tek Experts

16.     Tek Experts is an IT solutions and staffing company that presently provides its services under the logo shown below



17.     In 2019, Tek Experts provided its services using a different logo, shown below (hereinafter the "X Logo"):



18.     Tek Experts maintains a website at www.tek-experts.com.

4

41063439.1

*The Parties' 2019 Agreement*

19.     At some point in 2019, TEKsystems discovered Tek Experts' use of the name "Tek Experts," the formative term "Tek," and the Logo, in connection with the provision of staffing and employment services.

20.     On April 22, 2019, TEKsystems sent a letter via email to Tek Experts requesting that it immediately agree to take certain steps going forward, to avoid potential consumer confusion with TEKsystems' services.  A true and accurate copy of that letter is attached hereto as **Exhibit 1**.

21.     Specifically, TEKsystems requested that Tek Experts agree to the following conditions:

- The X Logo always use the "X" symbol and align the term "Tek" on top of, rather than adjacent to, the term "Experts";

- The terms "Tek" and "Experts" not be combined in such a way that they become a unitary term (e.g., TekExperts or TEKexperts); and

- The term "Tek" never be used in all caps.

22.     TEKsystems also demanded that Tek Experts notify it immediately if it became aware of any instance of actual consumer confusion between the services offered by TEKsystems and the services offered by Tek Experts.

23.     On May 21, 2019, Tek Experts responded to TEKsystems' letter agreeing to all of TEKsystems' terms and conditions, and confirmed that it "will comply, accordingly" (together with TEKsystems April 22nd letter, the "Agreement").  A true and accurate copy of that letter is attached hereto as **Exhibit 2**.

41063439.1

*Tek Experts' Breach Of The Agreement*

24.     Upon information and belief, at some point in 2022, Tek Experts altered the Logo and began providing its services using the following modified logo (the "Modified Logo"), in clear contravention of the Agreement:



25.     The Modified Logo fails to comply with the terms of the Agreement because: (a) it aligns the terms "tek" and "experts" side-by-side (rather than 'stacked' as the parties agreed), and (b) it fails to use an "X" design.

26.     TEKsystems discovered the Modified Logo in August 2022, and immediately contacted Tek Experts on August 18, 2022 via letter.  The letter described exactly how the Modified Logo violates the Agreement.  A true and accurate copy of that letter is attached hereto as **Exhibit 3**.

27.     On September 13, 2022, Tek Experts responded to TEKsystems' letter, disputing that the Modified Logo infringes TEKsystems' Marks, but not disputing that the Modified Logo breaches the Agreement.  A true and accurate copy of that letter is attached hereto as **Exhibit 4**.

28.     On October 12, 2022, TEKsystems again asserted Tek Experts breach of the Agreement, and stated that absent Tek Experts' compliance, it would seek enforcement of the Agreement.  A true and accurate copy of that letter is attached hereto as **Exhibit 5**.

29.     On November 4, 2022, Tek Experts reiterated its refusal to alter the Modified Logo.  A true and accurate copy of that letter is attached hereto as **Exhibit 6**.

41063439.1

30.     Tek Experts is bound to its obligations under the Agreement, and its use of the Modified Logo is in clear breach of those obligations.

## COUNT I (BREACH OF CONTRACT)

31.     TEKsystems realleges and incorporates by reference the allegations in Paragraphs 1 through 30, as if fully set forth herein.

32.     TEKsystems and Tek Experts entered into a valid and enforceable contract (i.e., the Agreement) that required Tek Experts to comply with several conditions concerning its future use of the terms "tek" and "experts" as part of its corporate name and logo.

33.     The Agreement was mutual and supported by full consideration.

34.     TEKsystems has performed all of its obligations under the Agreement.

35.     Despite agreeing to the conditions in the Agreement, Tek Experts has used, and continues to use, a logo that is in breach of the Agreement (i.e., the Modified Logo).

36.     As a result of Tek Experts' breach of the Agreement, TEKsystems has incurred, and will continue to incur, monetary and reputational damages.

37.     Despite agreeing to the conditions in the  Agreement, Tek Experts has used, and continues to use, a logo that breaches the terms of the Agreement (i.e., the Modified Logo).

38.     Tek Experts' breach entitles TEKsystems to specific performance of Tek Experts' obligations under the Agreement.

39.     TEKsystems has incurred and will continue to incur damages that are proximately caused by the acts and omissions of Tek Experts, as alleged herein, unless enjoined by this Court.

## COUNT II (UNJUST ENRICHMENT)

40.    TEKsystems realleges and incorporates by reference the allegations in Paragraphs 1 through 39, as if fully set forth herein.

41.    Through its breach of its obligations under the Agreement, Tek Experts has been unjustly enriched at the expense, and to the detriment of, TEKsystems.

42.    TEKsystems has incurred and will continue to incur damages that are proximately caused by the acts and omissions of Tek Experts, as alleged herein, unless enjoined by this Court.

41063439.1

## **PRAYER FOR RELIEF**

WHEREFORE, TEKsystems respectfully prays that:

(1)      The Court enter judgment:

          (a)     Awarding TEKsystems damages for Tek Experts' breach of contract in an amount to be proved at trial;

          (b)     Ordering payment to TEKsystems for all monetary amounts by which Tek Experts is found to have been unjustly enriched; and

          (c)     Ordering Tek Experts specifically perform all conditions under the Agreement thereby requiring Tek Experts modify its logo to conform with the obligations therein.

(2)      The Court award additional damages, reasonable attorneys' fees, and costs against Tek Experts in an amount to be proven at trial.

(3)      For such other and further relief as this Court deems just and proper.

41063439.1

## JURY DEMAND

Plaintiffs hereby request and demand trial by jury on all claims so triable.

Dated: <u>January 23, 2023</u>

<u>s/ Airina L. Rodrigues</u>
Airina L. Rodrigues, #56149
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street, Suite 2200
Denver, Colorado 80202
Telephone: 303.223.1252
Fax: 303-223-1111
Email: arodrigues@bhfs.com

Darius C. Gambino, Esq.
(Pennsylvania Bar, No. 83496)
*Admitted, District of Colorado*
SAUL EWING LLP
1500 Market Street, 38th Floor
Philadelphia, Pennsylvania 19102
P: (215) 972-7173
E: Darius.Gambino@saul.com

<u>Of Counsel</u>:
Sherry H. Flax, Esq.
Austin G. Strine, Esq.
SAUL EWING LLP
1001 Fleet Street, 9th Floor
Baltimore, Maryland 21202
P: (410) 332-8600
E: Sherry.Flax@saul.com
E: Austin.Strine@saul.com

*Attorneys for Plaintiff TEKsystems, Inc.*

10

# EXHIBIT 1



Sherry H. Flax

Phone: (410) 332-8784

Fax: (410) 332-8785

Sherry.Flax@saul.com

www.saul.com

Our File No. 946758.00112

April 22, 2019

**VIA FEDERAL EXPRESS**

Bonnie Goertzen, Chief Client Officer
Tek Experts (Colorado), Inc.
1150 Kelly Johnson Blvd Suite 100
Colorado Springs, CO 80920

Re: TEKsystems, Inc.

Dear Ms. Goertzen:

This law firm represents TEKsystems, Inc. ("TEKsystems"), a Maryland-based company that has been providing information technology-related services, among others, throughout the United States since 1997. Those services include software development, cloud enablement, enterprise applications, and telecom design, implementation and operations. Its web site is located at www.teksystems.com.

TEKsystems owns numerous registered trademarks used in connection with its services, including TEK, U.S. Reg. No. 2720254; TEKSYSTEMS, U.S. Reg. Nos., 2287071; TEKSYSTEMS, U.S. Reg. No. 3291060; TEKSYSTEMS (DESIGN), U.S. Reg. No. 4273436, and others (the "Marks"). By virtue of its continuous use of the Marks for more than twenty years, the Marks have become incontestable and distinctive. Accordingly, TEKsystems has the undeniable right to use the Marks on an exclusive basis in connection with the services it provides.

We have recently learned that you have begun using the name "Tek Experts" in the United States in connection with providing services in the information technology field that are related to those provided by TEKsystems. Based on the similarities between TEKsystems' Marks and the name "Tek Experts" and the relatedness of the services and channels of trade for those services, TEKsystems requests that Tek Experts agree to take certain steps to avoid consumer confusion. Specifically, we request that Tek Experts agree to the following conditions:

- In its logo, always use the "X" symbol and align "Tek" on top of, rather than adjacent to, "Experts";

500 E. Pratt Street ♦ Suite 900 ♦ Baltimore, MD 21202-3133
Phone: (410) 332-8600 ♦ Fax: (410) 332-8862

DELAWARE FLORIDA ILLINOIS MARYLAND MASSACHUSETTS MINNESOTA NEW JERSEY NEW YORK PENNSYLVANIA WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

34835302.2 08/22/2022

Bonnie Goertzen, Chief Client Officer
Tek Experts, Inc.
April 22, 2019
Page 2

- Do not combine the terms "tek" and "experts" such that they become a unitary term (*e.g.*, TekExperts or TEKexperts); and

- Do not use the term "TEK" in all caps.

TEKsystems also requests that you notify the undersigned immediately if you become aware of any instances of consumer confusion as between TEKsystems and Tek Experts.

   The above steps may, but are not guaranteed to, assist in preventing consumer confusion. We are continuing to investigate this matter and TEKsystems expressly reserves all rights to protect its Marks against infringement, including but not limited to, opposing the federal registrations for which Tek Experts has applied in the USPTO and seeking to enjoin Tek Experts from using the term "Tek Experts" in the United States.

   Please contact me by no later than May 3, 2019, to confirm your agreement to the above conditions. We look forward to a prompt and amicable resolution of this matter. Thank you.

      Very truly yours,

      Sherry H. Flax

cc:  TEKsystems, Inc.

# EXHIBIT 2



**The Law Firm for Innovative Companies**

May 21, 2019

Sherry H. Flax
Saul, Ewing, Arnstein & Lehr
500 E. Pratt St / Suite 900
Baltimore, MD 21202-3133
sherry.flax@saul.com

Re: Letter to Tek Experts, Inc., dated April 22, 2019

Dear Ms. Flax,

The law firm of Martensen IP has been retained by Tek Experts, Inc., and this letter responds to your letter to our client, dated April 22, 2019.

TEKsystems has requested Tek Experts agree to the following conditions:

- In its logo, always use the "X" symbol and align "Tek" on top of, rather than adjacent to, "Experts";
- Do not combine the terms ''tek'' and ''experts'' such that they become a unitary term (e.g., TekExperts or TEKexperts); and
- Do not use the term "TEK" in all caps.

TEKsystems has also requested Tek Experts notify TEKsystems' counsel immediately if Tek Experts becomes aware of any instances of consumer confusion as between TEKsystems and Tek Experts.

Tek Experts believes these to be reasonable requests, agrees to these terms and will comply, accordingly. Thank you for your time and consideration in this matter and, as always, please don't hesitate to contact me should you have further questions or concerns.

Best Regards,

Michael C. Martensen
Attorney at Law
Principal, Martensen IP

# EXHIBIT 3



Sherry H. Flax

Phone: (410) 332-8784

Fax: (410) 332-8862

Sherry.Flax@saul.com

www.saul.com

Our File No. 946758.00112

August 18 2022

**VIA EMAIL ONLY** (mike@martensenip.com)
Michael C. Martenson, Esq., Principal
Martenson, The Law Firm for Innovative Companies
30 East Kiowa Street, Suite 101
Colorado Springs, CO 80903

RE:     Trademark Infringement by Tek Experts

Dear Mr. Martenson:

I hope this letter finds you well. You may recall that we communicated in 2019 regarding the objection of my client, TEKsystems, Inc. to the use by Tek Experts, Inc. of its name in connection with technology and related services. The matter was resolved by agreement that Tek Experts would use the terms Tek Experts in a stacked format with its "X" logo:



Attached is your letter of May 21, 2019, to that effect.

It has come to our attention that Tek Experts is not complying with its agreement. On its web site at tek-experts.com, the terms "tek experts" appear horizontally, not stacked:



Additionally, the logo has been changed from an "X" to an interlocking design that is uncomfortably similar to the logo registered and use by TEKsystems. This display appears similarly on Tek Experts' LinkedIn and Facebook pages as well.

Harbor East ◆ 1001 Fleet Street, 9th Floor ◆ Baltimore, MD 21202-4359
Phone: (410) 332-8600 ◆ Fax: (410) 332-8862

DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP
40412325.1

August 18 2022
Page 2

We are frankly dismayed that the agreement has been breached, apparently with no consideration whatsoever for its concomitant legal obligations. TEKsystems demands that Tek Experts adhere to the agreement to mitigate the likelihood of consumer confusion between the companies. We understand that marketing materials are sometimes updated but in this case, Tek Experts was obligated to do so in a manner that adhered to its promise.

We look forward to hearing from you at your earliest convenience. Please advise if you no longer represent Tek Experts. Thank you.

Very truly yours,

Sherry H. Flax

cc: TEKsystems, Inc.

# EXHIBIT 4



Ariana G. Hiscott
T: +1 415 693 2171
ahiscott@cooley.com

Via E-Mail to:  sherry.flax@saul.com

September 13, 2022

Sherry H. Flax, Esq.
Saul Ewing Arnstein & Lehr LLP
1001 Fleet Street , 9th Floor
Baltimore, MD 21202-4359

**Re:      Use of TEK EXPERTS mark**

Dear Ms. Flax:

We represent Tek Experts Global Ltd. and its U.S. subsidiary Tek Experts, Inc. (collectively "Tek Experts") in trademark matters. We are in receipt of your letter to Michael C. Martenson, Esq. dated August 18, 2022 on behalf of your client TEKsystems, Inc. ("TEKsystems").

We have considered your letter, including the prior correspondence regarding use of TEK EXPERTS and X Design as shown in U.S. Reg. No. 6451226. As discussed in detail below, the correspondence dated May 21, 2019 from Tek Experts' prior counsel was not a commitment never to refresh the TEK EXPERTS logo. Tek Experts agreed to a certain format of its TEK EXPERTS and X Design mark as an accommodation to your client to avoid unnecessary dispute. The fact remains, however, that Tek Experts did not undertake never to change its logo and, most importantly, the new logo does not infringe any rights in TEKsystems' logo or any of your client's TEK marks because it is meaningfully different in multiple respects.

Moreover, your client's demands are inconsistent with its peaceful coexistence with other TEK marks. TEKsystems' position seems to be it has exclusive rights to the term TEK irrespective of any additional terms or designs with which that term is combined. As you know, marks can and do share identical terms, what matters is whether the marks when viewed as a whole, create a likelihood of confusion. Your client's demands do not reflect the marketplace reality and ignore the meaningful differences between the marks.

As you presumably are aware, the term TEK is equivalent to the term TECH. A search of US Patent and Trademark Office ("USPTO") records revealed 720 registrations that use the term TEK, 58 of which (including our client's current '226 registration) specifically include a disclaimer to the terms TECH or TEK (see attached). Your client's registration for TEK (No. 2720254) was issued in 2003 for "Computer services, namely, computer consultation and systems management, integration of computer systems and networks and on-site monitoring of computer systems in the information systems industry." Although this mark is incontestable, it is nonetheless inherently weak given its conceptual meaning. This is precisely why our client was required to disclaim the term "Tech" and why the USPTO registry is replete with other TEK composite marks.

Your attempt to enforce exclusive rights to the term TEK in any combination goes well beyond any rights granted via your client's registrations, and marketplace realities. Your client coexists with a multitude of other TEK marks in the spaces of employment, hiring, recruiting, staffing and technology support services including SourceTek (U.S. Reg. No. 4913671), TEKSTREAM (US Reg. No. 4141478), RESOURCETEK (US Reg. No. 5575150), TEK NINJAS (US Reg. No. 5925708), TEK INSPIRATIONS LLC (US Reg. No. 6649777) and others in the employment, hiring, recruiting, and staffing space, and TEKFIRM (Stylized, U.S.



Sherry H. Flax, Esq.
September 13, 2022
Page Two

Reg. No. 6366392), TEKSERVE (US Reg. No. 3271258), TekSurance (US Reg. No. 3547457), TekTegrity and Design (US Reg. No. 3508156), TEKMARK (US Reg. No. 2245755), TEK REMEDY (US Reg. No. 6728290), TEK LINK (US Reg. No. 3121441) and others in the area of technology support and consultation services. Your client also coexists with TECH EXPERTS (US Reg. No. 5343887) in connection with computer technology support and help desk services, along with a multitude of other TECH marks for similar services.

Given the inherent weakness of the term TEK, the coexistence with many other TEK marks, and the aural, visual and conceptual differences between the terms SYSTEMS and EXPERTS, there simply is no reason why the marks TEKsystems and TEK EXPERTS cannot continue to coexist without consumer confusion.

Specifically with respect to the two parties' logos, our client's updated design is markedly different from your client's triangle logo:

  

As described in U.S. Reg. Nos. 6689042 and 4273436, your client's logo consists of a triangle formed by three separate curved bands in the colors navy, orange, and blue. Each section turns into the next section, giving the impression of a twisting triangle. Our client's logo is not a triangle and does not have three high-contrast colors. It is a single-color outline design in a unique geometric shape that has an arrow shape on the right and an ornate scroll petal design on the left. The word mark itself is in lower case with a separation between the terms "tek" and "experts." The designs are strikingly different in their visual appearance.

Your client does not have exclusive rights to the term TEK in all forms. Our client's mark uses the term "tek" but the similarities end there. The overall mark is "tek experts" shown in lower case. The term "expert" means "a person who has a comprehensive and authoritative knowledge of or skill in a particular area" while the term "systems" means "a set of things working together as parts of a mechanism or an interconnecting network." Thus, our clients' respective marks would be read, respectively, as people skilled in technology vs. a technology network. The word marks are very clearly different visually, aurally and conceptually. Consistent with this, we can confirm that Tek Experts has used its logo for the last seven months without encountering any customer confusion with TEKsystems.

Given the above, we do not see any need to counsel our client to change its logo or its mark and we trust that this letter fully resolves the matter. Tek Experts of course reserves all its rights.

Sincerely

Cooley LLP

*Ariana G. Hiscott.*

Ariana G. Hiscott

cc:     Anne H. Peck, Esq.
        Tek Experts

274691520

Case 1:23-cv-00932-DBC   Document 10-61   Filed 01/23/23   USDC Colorado   Page 18 of 30
Case 1:23-cv-00932-DBC   Document 10-61   Filed 01/23/23   USDC Colorado   Page 18 of 7 pg
18 of 30



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Thu Sep 8 03:17:24 EDT 2022

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | IMAGE LIST | BOTTOM | HELP |

Logout  *Please logout when you are done to release system resources allocated for you.*

| Start | List At: | OR | Jump | to record: |

**720 Record(s) found (This page: 1 ~ 100)**

Refine Search  TEK[BI,TI] and LIVE[LD] and `RN > "0"    Submit

**Current Search:** S4: **TEK[BI,TI] and LIVE[LD] and `RN > "0"** docs: 720 occ: 2443

Export displayed results (1 ~ 100)  .csv

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead | Class(es) |
|---|---|---|---|---|---|---|
| 1 | 90597655 | 6645712 | TEK LADDER | TSDR | LIVE | |
| 2 | 90857621 | 6808780 | TEKGARD | TSDR | LIVE | |
| 3 | 90757191 | 6785453 | AIYATEK | TSDR | LIVE | |
| 4 | 90319583 | 6556877 | PTO FIGHTING GRIP | TSDR | LIVE | |
| 5 | 90797741 | 6793310 | LESCA TEK | TSDR | LIVE | |
| 6 | 90795389 | 6793270 | TEKPOCKET | TSDR | LIVE | |
| 7 | 90774979 | 6793024 | TEK-ROD | TSDR | LIVE | |
| 8 | 90040903 | 6459123 | CT CLAMPTEK | TSDR | LIVE | |
| 9 | 90666476 | 6771333 | T POWERED BY TEKMOVIL | TSDR | LIVE | |
| 10 | 90119259 | 6775618 | CLEAR TEK | TSDR | LIVE | |
| 11 | 90096367 | 6761275 | E-TEK | TSDR | LIVE | |
| 12 | 90096365 | 6761274 | E-TEK | TSDR | LIVE | |
| 13 | 90674973 | 6728290 | TEK REMEDY | TSDR | LIVE | |
| 14 | 90517876 | 6734989 | ROOFTEK | TSDR | LIVE | |
| 15 | 90645208 | 6716271 | TEK-KOOL | TSDR | LIVE | |
| 16 | 90489059 | 6715788 | PRO-TEK | TSDR | LIVE | |
| 17 | 90473911 | 6710232 | GLOBALTEK | TSDR | LIVE | |
| 18 | 90253044 | 6380097 | TEKTALL | TSDR | LIVE | |
| 19 | 90596884 | 6651674 | SOULTEK | TSDR | LIVE | |
| 20 | 90659986 | 6704603 | TRUSTLIONTEK | TSDR | LIVE | |
| 21 | 90500029 | 6702951 | TEKSLEEVE | TSDR | LIVE | |
| 22 | 90054432 | 6634443 | ISO TEK | TSDR | LIVE | |
| 23 | 90030018 | 6680343 | GR8 TEK | TSDR | LIVE | |
| 24 | 90611289 | 6670499 | TINGTEK | TSDR | LIVE | |
| 25 | 90389912 | 6650071 | PRO-TEK VAULTS | TSDR | LIVE | |
| 26 | 90323052 | 6649777 | TEK INSPIRATIONS LLC | TSDR | LIVE | |

| 27 | 90589521 | 6644559 | GAGTEK | TSDR | LIVE | |
|----|----------|---------|--------|------|------|--|
| 28 | 90245676 | 6635694 | TEK THE TECHNO BEAST | TSDR | LIVE | |
| 29 | 90245557 | 6635693 | TEK THE TECHNO BEAST | TSDR | LIVE | |
| 30 | 90219118 | 6610870 | HYDROTEK | TSDR | LIVE | |
| 31 | 90516036 | 6596825 | HUGTEK | TSDR | LIVE | |
| 32 | 90179328 | 6598972 | TEKUNLIMITED | TSDR | LIVE | |
| 33 | 90587873 | 6590411 | TEKSCOPE | TSDR | LIVE | |
| 34 | 90231522 | 6586415 | TEKLA | TSDR | LIVE | |
| 35 | 90490740 | 6581798 | KIRI-TEK | TSDR | LIVE | |
| 36 | 90468089 | 6573891 | GLOBETEK MEDIA | TSDR | LIVE | |
| 37 | 90468088 | 6573890 | GLOBETEK MEDIA | TSDR | LIVE | |
| 38 | 90217681 | 6572654 | MAXTEK | TSDR | LIVE | |
| 39 | 90471896 | 6567831 | ARMOR-TEK | TSDR | LIVE | |
| 40 | 90451127 | 6566957 | FILIAN TEK | TSDR | LIVE | |
| 41 | 90188250 | 6565740 | NOWTEK | TSDR | LIVE | |
| 42 | 90453314 | 6560246 | GOTEK | TSDR | LIVE | |
| 43 | 90032079 | 6558014 | EIGHTEENTEK | TSDR | LIVE | |
| 44 | 90434766 | 6552195 | MAXTEK | TSDR | LIVE | |
| 45 | 90431586 | 6544627 | Y-TEK | TSDR | LIVE | |
| 46 | 90442965 | 6539381 | ZEPMTEK | TSDR | LIVE | |
| 47 | 90288723 | 6506253 | FMIXTEK | TSDR | LIVE | |
| 48 | 90348928 | 6477020 | JULYTEK | TSDR | LIVE | |
| 49 | 90260403 | 6460029 | STERN TEK | TSDR | LIVE | |
| 50 | 90297708 | 6439302 | GANATEK | TSDR | LIVE | |
| 51 | 90280093 | 6425923 | IVSUNTEK | TSDR | LIVE | |
| 52 | 90274777 | 6425124 | FLEXTEK | TSDR | LIVE | |
| 53 | 90269853 | 6424757 | DC TEK | TSDR | LIVE | |
| 54 | 90237787 | 6424182 | TEK-POINT | TSDR | LIVE | |
| 55 | 90037171 | 6352246 | SANITIZETEK | TSDR | LIVE | |
| 56 | 90147669 | 6333626 | ANMYTEK | TSDR | LIVE | |
| 57 | 90121433 | 6283022 | GROOVYTEK | TSDR | LIVE | |
| 58 | 90108650 | 6307120 | RPCTEKS | TSDR | LIVE | |
| 59 | 90077010 | 6292995 | PATRONTEK | TSDR | LIVE | |
| 60 | 90075515 | 6287719 | TEK SÜT | TSDR | LIVE | |
| 61 | 88547039 | 5983987 | EXO-TEK | TSDR | LIVE | |
| 62 | 88220998 | 5878113 | CBTEK | TSDR | LIVE | |
| 63 | 88507808 | 6006031 | NANO-TEK | TSDR | LIVE | |
| 64 | 88512224 | 6045712 | PATROLTEK | TSDR | LIVE | |
| 65 | 88983883 | 6719572 | POINTER SPORT TEK | TSDR | LIVE | |
| 66 | 88343136 | 6719263 | TEKSYSTEMS ACADEMY | TSDR | LIVE | |
| 67 | 88722464 | 6095399 | BIXTEK | TSDR | LIVE | |
| 68 | 88739070 | 6101123 | TEKFRONT | TSDR | LIVE | |
| 69 | 88739069 | 6414107 | TEKFRONT | TSDR | LIVE | |
| 70 | 88856219 | 6687488 | TEK TIME | TSDR | LIVE | |
| 71 | 88855861 | 6687486 | TEK TIME | TSDR | LIVE | |
| 72 | 88497686 | 6679974 | DENSITEK | TSDR | LIVE | |

| 73 | 88257320 | 6451226 | X TEK EXPERTS | TSDR | LIVE | |
| 74 | 88359368 | 5873687 | DRIBBLETEK | TSDR | LIVE | |
| 75 | 88885013 | 6667486 | BURNS LATN TEK | TSDR | LIVE | |
| 76 | 88668198 | 6329786 | TEK CLIP | TSDR | LIVE | |
| 77 | 88101179 | 5871360 | TEK BOND | TSDR | LIVE | |
| 78 | 88393738 | 6622943 | EBTEK | TSDR | LIVE | |
| 79 | 88438652 | 6309683 | POWERTEK | TSDR | LIVE | |
| 80 | 88958978 | 6578944 | WRIGHTEK | TSDR | LIVE | |
| 81 | 88618339 | 6577109 | WARRIOR TEK | TSDR | LIVE | |
| 82 | 88855872 | 6556093 | TEK TIME | TSDR | LIVE | |
| 83 | 88896963 | 6549316 | LO-TEK | TSDR | LIVE | |
| 84 | 88805995 | 6533247 | TISSUE-TEK SMARTCONNECT | TSDR | LIVE | |
| 85 | 88887525 | 6381765 | PARKPRO TEK CLOUD-BASED INSPECTIONS ANDMAINTENANCE | TSDR | LIVE | |
| 86 | 88887522 | 6194640 | PARKPRO TEK CLOUD-BASED INSPECTIONS ANDMAINTENANCE | TSDR | LIVE | |
| 87 | 88887519 | 6381764 | PARKPRO TEK | TSDR | LIVE | |
| 88 | 88887515 | 6194637 | PARKPRO TEK | TSDR | LIVE | |
| 89 | 88639555 | 6441860 | APEX AG-TEK SOLUTIONS | TSDR | LIVE | |
| 90 | 88858924 | 6429388 | POINTER FIELD TEK | TSDR | LIVE | |
| 91 | 88909464 | 6397896 | TEK2ME | TSDR | LIVE | |
| 92 | 88451036 | 6375522 | ARC TEK | TSDR | LIVE | |
| 93 | 88115762 | 6375453 | TEKSILL | TSDR | LIVE | |
| 94 | 88638121 | 6155038 | SUNTEK | TSDR | LIVE | |
| 95 | 88794152 | 6366392 | TEKFIRM | TSDR | LIVE | |
| 96 | 88724077 | 6366380 | TEK INVESTORS | TSDR | LIVE | |
| 97 | 88432954 | 6356636 | GOTEK | TSDR | LIVE | |
| 98 | 88809791 | 6141853 | 4TEK | TSDR | LIVE | |
| 99 | 88814071 | 6331707 | TEKWARE | TSDR | LIVE | |
| 100 | 88861842 | 6325360 | UTV TEK | TSDR | LIVE | |

Export displayed results (1 ~ 100)  .csv



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Sep 8 03:17:24 EDT 2022*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | IMAGE LIST | BOTTOM | HELP |

Logout  *Please logout when you are done to release system resources allocated for you.*

Start  List At: [_____]  OR  Jump  to record: [_____]

**58 Record(s) found (This page: 1 ~ 58)**

Refine Search  TEK[BI,TI] and LIVE[LD] and `RN > "0" and (TECH c  Submit

**Current Search:** S2: **TEK[BI,TI] and LIVE[LD] and `RN > "0" and (TECH or TEK) [DS]**  docs: 58 occ: 246

Export displayed results (1 ~ 58)  .csv

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead | Class(es) |
|---|---|---|---|---|---|---|
| 1 | 90597655 | 6645712 | TEK LADDER | TSDR | LIVE | |
| 2 | 90119259 | 6775618 | CLEAR TEK | TSDR | LIVE | |
| 3 | 90674973 | 6728290 | TEK REMEDY | TSDR | LIVE | |
| 4 | 90030018 | 6680343 | GR8 TEK | TSDR | LIVE | |
| 5 | 90323052 | 6649777 | TEK INSPIRATIONS LLC | TSDR | LIVE | |
| 6 | 90451127 | 6566957 | FIILIAN TEK | TSDR | LIVE | |
| 7 | 90075515 | 6287719 | TEK SÜT | TSDR | LIVE | |
| 8 | 88257320 | 6451226 | X TEK EXPERTS | TSDR | LIVE | |
| 9 | 88618339 | 6577109 | WARRIOR TEK | TSDR | LIVE | |
| 10 | 88887525 | 6381765 | PARKPRO TEK CLOUD-BASED INSPECTIONS ANDMAINTENANCE | TSDR | LIVE | |
| 11 | 88887522 | 6194640 | PARKPRO TEK CLOUD-BASED INSPECTIONS ANDMAINTENANCE | TSDR | LIVE | |
| 12 | 88887519 | 6381764 | PARKPRO TEK | TSDR | LIVE | |
| 13 | 88887515 | 6194637 | PARKPRO TEK | TSDR | LIVE | |
| 14 | 88639555 | 6441860 | APEX AG-TEK SOLUTIONS | TSDR | LIVE | |
| 15 | 88724077 | 6366380 | TEK INVESTORS | TSDR | LIVE | |
| 16 | 88248283 | 6329306 | FRESH DRY TEK | TSDR | LIVE | |
| 17 | 88614920 | 6290329 | TAFAZZ TEK | TSDR | LIVE | |
| 18 | 88572766 | 6145205 | SHE TEK | TSDR | LIVE | |
| 19 | 88943882 | 6237520 | CART TEK | TSDR | LIVE | |
| 20 | 88630690 | 6145503 | THERMA TEK COMMERCIAL COOKING SOLUTIONS | TSDR | LIVE | |
| 21 | 88504712 | 5994865 | TEK 101 | TSDR | LIVE | |
| 22 | 88534322 | 6076866 | TEK ON CALL | TSDR | LIVE | |
| 23 | 88427965 | 5925708 | TEK NINJAS | TSDR | LIVE | 035; 042 |
| 24 | 88274118 | 5901046 | SNUG TEK S | TSDR | LIVE | 010 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 25 | 88274404 | 5833810 | CONCEPT AGRI-TEK | TSDR | LIVE | 001 |
| 26 | 88153085 | 5779541 | LOG TEK | TSDR | LIVE | 009 |
| 27 | 88096862 | 5761490 | LABOR TEK TRAINING | TSDR | LIVE | 041 |
| 28 | 88153028 | 5718372 | LOG TEK | TSDR | LIVE | 009 |
| 29 | 87108600 | 5221454 | CASCADE TEK | TSDR | LIVE | |
| 30 | 87456439 | 5671027 | VP TEK | TSDR | LIVE | |
| 31 | 87678541 | 6104534 | CUB TEK | TSDR | LIVE | |
| 32 | 87929807 | 5665674 | GEEK TEK | TSDR | LIVE | |
| 33 | 87345972 | 5256443 | CT TEK | TSDR | LIVE | |
| 34 | 87955766 | 6043170 | KNPRO TEK SOLUTIONS | TSDR | LIVE | |
| 35 | 87809185 | 5941120 | MARIANA TEK | TSDR | LIVE | 042 |
| 36 | 87914299 | 5846489 | CAVI TEK | TSDR | LIVE | 007 |
| 37 | 87886755 | 5719765 | TEK INDUSTRIES | TSDR | LIVE | 006 |
| 38 | 87839726 | 5711323 | CONCEPT AGRI-TEK | TSDR | LIVE | 001 |
| 39 | 87880830 | 5636962 | TEK STYZ | TSDR | LIVE | 009 |
| 40 | 87369369 | 5509424 | TEK EDGE | TSDR | LIVE | 007; 009 |
| 41 | 87202408 | 5481858 | FIN TEK | TSDR | LIVE | 010 |
| 42 | 87317432 | 5410375 | TEK X LLC | TSDR | LIVE | 037 |
| 43 | 87147025 | 5231299 | JZ TEK | TSDR | LIVE | 009 |
| 44 | 87184802 | 5203937 | FUTURE TEK, INC. | TSDR | LIVE | 041 |
| 45 | 86445219 | 4896356 | GULF TEK | TSDR | LIVE | |
| 46 | 86249843 | 4882264 | SODO TEK | TSDR | LIVE | |
| 47 | 86810960 | 4988350 | JCLAW TEK | TSDR | LIVE | 011 |
| 48 | 86489551 | 4920624 | GLOBAL PHARMA TEK | TSDR | LIVE | 035; 040; 042; 045 |
| 49 | 85190099 | 4192683 | TEKGEAR | TSDR | LIVE | |
| 50 | 85277726 | 4090082 | LASER TEK SERVICES | TSDR | LIVE | |
| 51 | 85531933 | 4270956 | REF TEK | TSDR | LIVE | |
| 52 | 85967627 | 4497255 | SMART TEK | TSDR | LIVE | |
| 53 | 79247972 | 5876626 | LIFT TEK | TSDR | LIVE | 012 |
| 54 | 79229843 | 5630113 | PAVATTI TEK | TSDR | LIVE | 005; 011; 035; 042 |
| 55 | 79221530 | 5592466 | FEEL TEK | TSDR | LIVE | 012; 018 |
| 56 | 79197707 | 5388775 | MANN TEK | TSDR | LIVE | 006; 011; 042 |
| 57 | 76718347 | 5056604 | PC TEK | TSDR | LIVE | 037; 042 |
| 58 | 74561630 | 2584148 | FOOD-TEK | TSDR | LIVE | 042 |

Export displayed results (1 ~ 58) .csv

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | IMAGE LIST | TOP | HELP

# EXHIBIT 5



Sherry H. Flax

Phone:  (410) 332-8784

Fax:  (410) 332-8862

Sherry.Flax@saul.com

www.saul.com

Our File No. 946758.00112

October 12, 2022

Cooley LLP
Attn:  Ariana G. Hiscott                    *Via Email only:*  ahiscott@cooley.com
3 Embarcadero Center
20th Floor
San Francisco, CA 94111-4004

             Re:  <u>Use of TEK EXPERTS Mark</u>

Dear Ms. Hiscott:

   We have reviewed your letter of September 13, 2022, regarding Tek Experts, Inc.'s use of its current TEK EXPERTS logo:



Simply put, we take issue with your basic premise, presumptions, and conclusions. You mock the legally binding undertaking made on behalf of your client by letter dated May 21, 2019, referring to it as "an accommodation to [TEKsystems] to avoid unnecessary dispute." You are correct that Tek Experts did not undertake never to change its logo, but it most certainly did undertake to always use the "X" symbol and place the term "Tek" above rather than adjacent to "Experts." A representation was made and TEKsystems relied in good faith on that representation when it determined that the matter was fully resolved and that no further action was necessary at that time. We are now enforcing that agreement, not revisiting whether Tek Experts' new logo infringes on TEKsystems' trademarks.

   We expect that Tek Experts will adhere to its obligation by making the necessary changes to its current logo. Please provide us with a response by no later than Friday, October 21, 2022. Thank you.

        Very truly yours,

Harbor East ♦ 1001 Fleet Street, 9th Floor ♦ Baltimore, MD 21202-4359
Phone: (410) 332-8600 ♦ Fax: (410) 332-8862

DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

October 12, 2022
Page 2

Sherry H. Flax



**EXHIBIT 6**

Ariana G. Hiscott                                          Via E-Mail to:  sherry.flax@saul.com
T: +1 415 693 2171
ahiscott@cooley.com

November 4, 2022

Sherry H. Flax, Esq.
Saul Ewing Arnstein & Lehr LLP
1001 Fleet Street , 9th Floor
Baltimore, MD 21202‑4359

**Re:     Use of TEK EXPERTS logo**

◇ tek experts

Dear Ms. Flax:

I write in response to your letter dated October 12, 2022 on behalf of your client TEKsystems, Inc. ("TEKsystems") regarding the use of the above TEK EXPERTS logo by our clients Tek Experts Global Ltd. and its U.S. subsidiary Tek Experts, Inc. (collectively "Tek Experts").

First and foremost, we would like to say that we are not "mocking" anything. Your client has taken issue with a revised design that does not cause confusion and is alleging a contractual breach, when there simply is none.

We do not agree that the May 21, 2019 letter from Tek Experts' prior counsel was a settlement agreement. However, even if, for the sake of argument, we take that as true, in your letter, you agree that Tek Experts did not undertake never to change its logo. You then go on to say that Tek Experts did undertake to always use the X symbol. These two statements are contradictory. The X symbol *is* the logo. Without it, there is no logo, only the word mark TEK EXPERTS.

The three points in the May 21, 2019 letter are as follows:

- In its logo, always use the "X" symbol and align "Tek" on top of, rather than adjacent to, "Experts";
- Do not combine the terms "tek" and "experts" such that they become a unitary term (e.g., TekExperts or TEKexperts); and
- Do not use the term "TEK" in all caps.

We note that the first bullet point says "X" symbol, not letter. Our client's mark is, and has always been, TEK EXPERTS, not X TEK EXPERTS. If your client wanted to require use of the X in all instances, then the first bullet point should have said, "In its *current or any future* logo, Tek Experts is to always use the *letter* X before the stacked words TEK EXPERTS." By your own acknowledgement, Tek Experts was free to change its logo, which it did.

The second and third bullet points refer to use of the word mark outside of the logo. The two limitations on the word mark are only that "tek" and "experts" not be combined into a unitary term and that "TEK" not be used in all caps. Your client was aware of our client's use of the word mark as Tek Experts, not X Tek Experts, as used on its website, social media handles, and as used in third party media mentions. For example: https://www.tek-experts.com/insights?page=1



Sherry H. Flax, Esq.
November 4, 2022
Page Two

Tek Experts was free to change its logo, and, has continued to use the word mark portion in a very different manner from TEKsystems. Even in its new logo, our client has not joined TEK and EXPERTS together to make a unitary term, and, it does not use TEK in all caps.

In your October 12th letter you stated that you "are now enforcing the agreement, not revisiting whether Tek Experts' new logo infringes on TEKsystems' trademarks." As discussed above, even if you are seeking to "enforce the agreement" we believe Tek Experts would be in compliance. Thus, it leaves the question as to whether for your client it is more important that Tek Experts go back to a logo it never promised not to update, than it is to protect its trademark rights in a meaningful manner.

In our last letter, we outlined the various ways in which the new logo form of TEK EXPERTS is clearly distinguishable from your client's TEKsystems mark, either with or without the triangle logo. Instead of repeating these points here, we simply ask that your client, with specificity, say what the concern is about the new logo given that (1) our client's mark is, and always has been, TEK EXPERTS; (2) the mark TEK EXPERTS is clearly shown as two words and in lower-case letters; and (3) the words are paired with a logo that is very different from TEKsystems logo.

Tek Experts of course reserves all its rights.

Sincerely

Cooley LLP

*Ariana G. Hiscott.*

Ariana G. Hiscott

cc:     Anne H. Peck, Esq.
        Tek Experts

276740512

JS 44  (Rev. 10/20)      District of Colorado

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a)  PLAINTIFFS | DEFENDANTS |
|---|---|
| TEKsystems, Inc. | Tek Experts (Colorado), Inc. |

| (b)  County of Residence of First Listed Plaintiff | Anne Arundel, MD | County of Residence of First Listed Defendant | El Paso County, CO |
|---|---|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | | *(IN U.S. PLAINTIFF CASES ONLY)* | |
| | | NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. | |

| (c)  Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |
|---|---|
| See attachment. | |

## II.  BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1   U.S. Government
Plaintiff

☐ 2   U.S. Government
Defendant

☐ 3   Federal Question
*(U.S. Government Not a Party)*

☒ 4   Diversity
*(Indicate Citizenship of Parties in Item III)*

## III.  CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV.  NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | **PERSONAL INJURY** | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | ☐ 365 Personal Injury - | ☐ 690 Other | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability | Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | ☐ 367 Health Care/ | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander | Pharmaceutical | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Personal Injury | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability | Product Liability | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine | ☐ 368 Asbestos Personal | New Drug Application | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product | Injury Product | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability | Liability | ☐ 880 Defend Trade Secrets | ☐ 480 Consumer Credit |
| of Veteran's Benefits | **PERSONAL PROPERTY** | **LABOR** | Act of 2016 | (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | | ☐ 485 Telephone Consumer |
| ☒ 190 Other Contract | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | Act | **SOCIAL SECURITY** | Protection Act |
| ☐ 195 Contract Product Liability | Product Liability | ☐ 380 Other Personal | ☐ 720 Labor/Management | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | ☐ 360 Other Personal | Property Damage | Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| | Injury | ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | Exchange |
| | ☐ 362 Personal Injury - | Product Liability | ☐ 751 Family and Medical | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | Medical Malpractice | | Leave Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | Income Security Act | ☐ 870 Taxes (U.S. Plaintiff | Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | or Defendant) | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | ☐ 871 IRS—Third Party | ☐ 899 Administrative Procedure |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | 26 USC 7609 | Act/Review or Appeal of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | | Agency Decision |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | State Statutes |
| | Other | ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V.  ORIGIN *(Place an "X" in One Box Only)*

☒ 1  Original
Proceeding

☐ 2  Removed from
State Court

☐ 3  Remanded from
Appellate Court

☐ 4  Reinstated or
Reopened

☐ 5  Transferred from
Another District
*(specify)*

☐ 6  Multidistrict
Litigation -
Transfer

☐ 8  Multidistrict
Litigation -
Direct File

## VI.  CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 1332(a)(1)

Brief description of cause:
Breach of contract action

☐ AP Docket

## VII.  REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $  Over $75,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII.  RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| 01/23/2023 | s/Airina L. Rodrigues |

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

**Attachment to Civil Cover Sheet**

Counsel for Plaintiff

Airina L. Rodrigues, #56149
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street, Suite 2200
Denver, Colorado 80202
Telephone: 303.223.1252
Fax: 303-223-1111
Email: arodrigues@bhfs.com

Darius C. Gambino, Esq.
(Pennsylvania Bar, No. 83496)
*Admitted, District of Colorado*
SAUL EWING LLP
1500 Market Street, 38th Floor
Philadelphia, Pennsylvania 19102
P: (215) 972-7173
E: Darius.Gambino@saul.com

Of Counsel:
Sherry H. Flax, Esq.
Austin G. Strine, Esq.
SAUL EWING LLP
1001 Fleet Street, 9th Floor
Baltimore, Maryland 21202
P: (410) 332-8600
E: Sherry.Flax@saul.com
E: Austin.Strine@saul.com

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | |
|---|---|
| TEKsystems, Inc. | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| Tek Experts (Colorado), Inc. | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Tek Experts (Colorado), Inc.
6860 Campus Drive, #300
Colorado Springs, CO 80920

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Airina L. Rodrigues
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street, Suite 2200
Denver, Colorado 80202

Counsel for Plaintiff

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                              *Server's signature*

                                         _____
                                              *Printed name and title*


                                         _____
                                              *Server's address*

Additional information regarding attempted service, etc: